UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>  Plaintiff,<br><br>  v.<br><br>J. FREDERICK, *et al.*,<br><br>  Defendants. | Case No. 2:21-cv-00541-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 19 |

On October 18, 2021, the court screened plaintiff's second amended complaint, notified him that it failed to state a claim, and gave him sixty days to file an amended complaint. ECF No. 7. Plaintiff did not timely file an amended complaint. Instead, he has filed a motion that asks either to "involuntarily withdraw [his] complaint" or for the case to be stayed for 180 days so that he can litigate a related state court action. ECF No. 19.

The court construes plaintiff's filing as a motion for an extension of time to file an amended complaint. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 19, is granted in part.

2. Plaintiff is granted sixty days from the date of this order to file a third amended complaint.

IT IS SO ORDERED.

Dated:   February 3, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE