UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>        Plaintiff,<br><br>    v.<br><br>J. FREDERICK, *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-00541-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 21 |

    The court screened plaintiff's second amended complaint, notified him that it failed to state a claim, and granted him sixty days to file an amended complaint. ECF No. 7. Plaintiff did not timely file an amended complaint. Instead, he filed a motion that asked to "involuntarily withdraw [his] complaint" or for the case to be stayed for 180 days so that he could litigate a related state court action. ECF No. 19. The court construed plaintiff's filing as a motion for an extension of time to file an amended complaint and granted him sixty days to file a third amended complaint. ECF No. 20. Plaintiff did not file an amended complaint, but instead filed a request to either "voluntarily dismiss[]" this action or for a ninety day extension of time. ECF No. 21.

    If plaintiff does not want to pursue this action, he can voluntarily dismiss it without prejudice by filing a notice of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A). If plaintiff wants to file an amended complaint, he must do so within thirty days of issuance of this order.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 21, is granted in part.

2. Plaintiff shall file an amended complaint or a notice of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) within thirty days of this order.

3. Failure to comply with this order may result in this case being closed.

4. The clerk's office is directed to send plaintiff a complaint form.

IT IS SO ORDERED.

Dated:    December 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2